AO 91 (Rev. 11/11)  Criminal Complaint

SOUTHERN DISTRICT OF MISSISSIPPI
~~FILED~~

DEC 29 2017

ARTHUR JOHNSTON

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br><br>v.<br><br>Eugenio Delgado-Rivera<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:17mj635-RHW-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____December 28, 2017_____ in the county of _____Jackson_____ in the
____Southern____ District of __MS, Southern Division__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a)(2) and (b)(2) | Illegal Re-Entry by Removed Alien Removed Subsequent to a Conviction for an Aggravated Felony |

This criminal complaint is based on these facts:

See Affidavit, which is attached and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Steven P. Saizan, Senior Patrol Agent (USBP)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____12/29/2017_____

_____
*Judge's signature*

City and state: _____Gulfport, MS_____

Robert H. Walker, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

STATE OF MISSISSIPPI                        )
COUNTY OF HARRISON                        :
SOUTHERN DISTRICT OF MISSISSIPPI )

I, Steven P. Saizan, being first duly sworn, hereby depose and say that:

1.  I am a Senior Patrol Agent of the United States Border Patrol, currently located at 10400 Larkin Smith Drive, Gulfport, Mississippi.  I have been a Border Patrol Agent since October 30, 1994.  As part of my official duties as a Border Patrol Agent, I am assigned to investigate violations of the immigration laws as well as other statutes.

2.  On December 28, 2017, Agent Holland, who was working with the South Mississippi Metro Enforcement Team (SMMET) as a criminal interdiction agent, received a call from SMMET Agent Bryan Alford, at approximately 1925 hours, stating that he needed Agent Holland's assistance on a vehicle stop on Interstate 10 EB at MM 56 near Ocean Springs, MS.  Agent Holland arrived on scene a few minutes later.  Agent Alford stated that he stopped a rented Nissan Altima (TX LP: JMY2036) for speeding (71 mph in a 60 MPH construction zone.)  He stated the driver had no driver's license but handed him a Mexican Consular identification card.  The card identified the driver as Eugenio GONZALEZ-Delgado of 8415 Linden Loop in Del Valle, TX, who was born on October 25, 1969. Agent Holland took the card and went to his truck to run records on the driver.

3.  Record checks revealed that the driver was actually Eugenio DELGADO-Rivera (same DOB), who according to Border Patrol records was previously ordered deported on September 26, 2000 in Houston, TX.  Records also revealed that DELGADO was convicted for conspiracy to distribute more than 500 grams of cocaine in Raleigh, NC, on February 13, 2007.  DELGADO was sentenced to 42 months in prison and 60 months of probation.  Agent Holland approached DELGADO and identified himself as a Border Patrol Agent.  Agent Holland questioned DELGADO as to his citizenship.  DELGADO stated that he was a citizen and national of Mexico who did not possess the proper documentation to be in or remain in the United States legally.  He also stated that he had not petitioned the Secretary of the Department of Homeland Security or the United States Attorney General for permission to reenter the United States.

1

DELGADO admitted to his previous removals and conviction for conspiracy to distribute cocaine.

4.   Agent Holland placed DELGADO under arrest for being in the United States illegally.   Holland transported DELGADO to the Gulfport (MS) Border Patrol Station for processing.  Finger print analysis confirmed the prior removals from the United States (i.e., DELGADO had a reinstatement of his prior removal on April 20, 2009 in El Paso, TX, and was removed on April 21, 2009 at the Paso Del Norte Bridge in El Paso, TX) and his conviction of conspiracy to distribute cocaine. DELGADO is in violation of 8 USC 1326 (re-entry after deportation by an aggravated felon.)

5.   WHEREFORE, deponent prays that a warrant be issued for the arrest of the above named defendant and that he be arrested and imprisoned or bailed as the case may be.

Steven P. Saizan
Senior Patrol Agent
United States Border Patrol

Sworn to before me this
29th day of December, 2017

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF MISSISSIPPI

2